1
2
3
4
5

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| JOHN ROBERT DEMOS, JR, | NO. C12-867-TSZ |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| UNITED STATES OF AMERICA, *et al*., | |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, docket no. 5, and plaintiff's objections thereto, docket no. 6, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation;

2. Plaintiff's application to proceed *in forma pauperis* (Dkt. 4) is DENIED;

3. This matter is DISMISSED with prejudice for lack of a case or controversy, failure to state a claim upon which relief may be granted, and frivolousness, *see* U.S. Const., art. III, § 2, cl. 1; *Muskrat v. United States*, 219 U.S. 346 (1911); 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b)(1);

ORDER OF DISMISSAL - 1

4. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 19th day of July, 2012.

*Thomas S. Zilly*

THOMAS S. ZILLY
United States District Judge

ORDER OF DISMISSAL - 2